# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: THOMAS M. MASSION & CYNTHIA A. MASSION  Case Number: 04-75231
228 HASTINGS WAY SW                SSN-xxx-xx-6382 & xxx-xx-6980
POPLAR GROVE, IL  61065

Case filed on: 10/19/2004
Plan Confirmed on: 4/1/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $11,131.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | COSTELLO & COSTELLO PC | 1,559.00 | 1,559.00 | 1,559.00 | 0.00 |
|  | Total Legal | 1,559.00 | 1,559.00 | 1,559.00 | 0.00 |
| 999 | THOMAS M. MASSION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FIRST FEDERAL SAVINGS BANK | 149,008.40 | 0.00 | 0.00 | 0.00 |
| 003 | GENERAL MOTORS ACCEPTANCE CORP | 5,314.98 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 154,323.38 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN MORTGAGE & FIN CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BECKET & LEE, LLP | 6,817.61 | 6,817.61 | 702.43 | 0.00 |
| 005 | BECKET & LEE, LLP | 10,587.98 | 10,587.98 | 1,090.90 | 0.00 |
| 006 | RESURGENT CAPITAL SERVICES | 23,110.00 | 23,110.00 | 2,381.06 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 1,278.94 | 1,278.94 | 131.77 | 0.00 |
| 008 | BANK ONE | 8,753.20 | 8,753.20 | 901.86 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 15,592.75 | 15,592.75 | 1,606.55 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,332.25 | 1,332.25 | 137.26 | 0.00 |
| 011 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 11,032.28 | 11,032.28 | 1,136.68 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 2,402.21 | 2,402.21 | 247.50 | 0.00 |
| 015 | BECKET & LEE, LLP | 5,159.08 | 5,159.08 | 531.55 | 0.00 |
|  | Total Unsecured | 86,066.30 | 86,066.30 | 8,867.56 | 0.00 |
|  | Grand Total: | 241,948.68 | 87,625.30 | 10,426.56 | 0.00 |

Total Paid Claimant:     $10,426.56
Trustee Allowance:         $704.44         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    10.30          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan